UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LESLIE EDWARD BROWN,

                              Plaintiff,

              -against-                                              08 CV 2043 (BMC)(LB)

NEW YORK CITY POLICE DEPARTMENT;
DETECTIVE ROURKE;
DETECTIVE JOSEPH CALLAHAN;
DETECTIVE CHARLES SCHEFERSTON;
DETECTIVE JOSEPH DUNNE;
DETECTIVE DONOVAN WRIGHT;
DETECTIVE JOHN CAPIZZI;
DETECTIVE MICHAEL DIMEGLIO;
DETECTIVE DANIEL SAID;
UNDERCOVER OFFICER  #5422;
UNDERCOVER OFFICER  #1999;
UNDERCOVER OFFICER #1160;
UNDERCOVER OFFICER  #7975;
LT. BRIAN KELLY;
SGT. MATTHEW FICANO,
                              Defendants.
----------------------------------------------------------X

LESLIE EDWARD BROWN,

                              Plaintiff,

              -against-                                              09 CV 2448 (BMC)(LB)

NEW YORK CITY POLICE DEPARTMENT,
DT3 CHARLES SCHEFERSTON and
JOHN DOE,

                              Defendants.
----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

**ORDER**

By letter dated March 19, 2010, defendants in docket number 08 CV 2043 request a telephone conference in light of plaintiff's incarceration. (Docket No. 08 CV 2043, document 65.) Defendants' request is granted. The Court previously scheduled a telephone conference in plaintiff's other case, 09 CV 2448, for April 8, 2010 at 10:30 a.m. The Court will now address both of plaintiff's cases at that conference. Counsel for defendants in both of these cases shall be on this telephone conference. The Warden of Rikers Island shall make plaintiff available by telephone at this time. As before, defendants' counsel is requested to arrange and initiate the conference call and to contact chambers at (718)613-2170 once all parties are on the line.

SO ORDERED.

. /Signed by Judge Lois Bloom/-

LOIS BLOOM
United States Magistrate Judge

Dated: March 23, 2010
       Brooklyn, New York